BABCOCK *v.* CALIFORNIA.

No. 853. Decided May 19, 1958.

*Austin Clapp* for appellant.
*Roger Arnebergh* and *Philip E. Grey* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

NORTH WESTERN-HANNA FUEL CO. ET AL. *v.* UNITED STATES ET AL.

No. 861. Decided May 19, 1958.

*John F. Donelan* and *Lee Loevinger* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Robert W. Ginnane* and *Charlie H. Johns* for the United States and the Interstate Commerce Commission, appellees.

*Curtis H. Berg* for the Canadian National Railway Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.